UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AUTUMN M. BANKS,
    Plaintiff,

                                      C.A. No.12-11356-GAO

    v.

CEDRIC CROMWELL, ET AL.,
    Defendants.

## MEMORANDUM AND ORDER FOR DISMISSAL

O'TOOLE , D.J.

        On July 24, 2012, Plaintiff Autumn N. Banks ("Banks") filed a civil Complaint and an Emergency Motion for a Temporary Restraining Order (Docket No. 3). On July 25, 2012, a Memorandum and Order (Docket No. 7) issued denying the emergency motion and directing Banks to demonstrate good cause within 35 days why this action should not be dismissed for failure to state a claim and/or for lack of subject matter jurisdiction. Banks was also directed to file an Amended Complaint in accordance with Rule 8 of the Federal Rules of Civil Procedure.

        On September 11, 2012, this Court issued a Memorandum and Order (Docket No. 12) granting Banks an additional 14 days to file an Amended Complaint. The same day, Banks filed a Motion for an Extension of Time for an Additional 30 Days to Amend the Complaint (Docket No. 14). On September 25, 2012, Banks filed a number of motions.

        On October 10, 2012, this Court issued a Memorandum and Order (Docket No. 20) denying Banks's motions and directing Banks to file an Amended Complaint and a show cause response within 30 days, failing which this action would be dismissed.

        Banks's Amended Complaint and show cause response was due on November 9, 2012; however, no pleadings were filed as directed. At this juncture, this Court considers that Banks has had ample time to comply with the directives of this Court, and no further opportunities to do

so are warranted.

Accordingly, for the failure of Banks to comply with the Court's directives, and for the substantive legal impediments set forth in the Memorandum and Order (Docket No. 7), this action is <u>DISMISSED</u> in its entirety.

SO ORDERED.

DATED: November 27, 2012

/s/ George A. O'Toole, Jr.
GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE